Josie Rice, plaintiff in error, v. Eugene L. McGarry, defendant in error. Gen. No. 28,751.

Suit against former attorney for appropriation to own use of alimony collected on behalf of plaintiff, and for a transcript of evidence wrongfully withheld. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John F. O'Connell, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 11, 1924.

Joseph D. Irose, for plaintiff in error. Otto L. Kolar, for defendant in error; Thomas E. Swanson, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

Lyall Cripps, appellee, v. Chicago, West Pullman & Southern Railroad Company, appellant. Gen. No. 28,759.

Suit for damages to automobile from collision with train at street crossing. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed with a finding of fact. Opinion filed March 11, 1924.

David A. Orebaugh, for appellant; William D. McHugh, of counsel. No appearance for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Edward Ginter, appellee, v. Heco Envelope Company, appellant. Gen. No. 28,771.

Suit for breach of contract of employment. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed on remittitur. Opinion filed March 11, 1924. Rehearing denied March 25, 1924.

Louis A. Heile, for appellant; W. H. Dyer, of counsel. Mayer, Meyer, Austrian & Platt, for appellee.

Mr. Justice Fitch delivered the opinion of the court.